**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This document Applies to:<br><br>Nannette Smith, Plaintiff | No. MD-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS**<br><br>**PLAINTIFF DEMANDS A TRIAL BY JURY** |

Plaintiff(s) named below, for Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Nannette Smith

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   N/A

GALLAGHER & KENNEDY, P.A.
2575 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9225
(602) 530-8000

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   <u>Texas</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>Northern District of Texas, Amarillo Division</u>

8. Defendants (Check Defendants against whom Complaint is made):

   X   C.R. Bard Inc.

   X   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

-2-

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

X G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other:

_____

11. Date of Implantation as to each product:

<u>May 1, 2009</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

    X    Count I:    Strict Products Liability – Manufacturing Defect

    X    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    X    Count III:    Strict Products Liability – Design Defect

    X    Count IV:    Negligence - Design

    X    Count V:    Negligence - Manufacture

    X    Count VI:    Negligence – Failure to Recall/Retrofit

    X    Count VII:    Negligence – Failure to Warn

    X    Count VIII:    Negligent Misrepresentation

    X    Count IX:    Negligence *Per Se*

    X    Count X:    Breach of Express Warranty

1  X     Count XI:    Breach of Implied Warranty

2  X     Count XII:   Fraudulent Misrepresentation

3  X     Count XIII:  Fraudulent Concealment

4  X     Count XIV:   Violations of Applicable Texas (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

6  ☐     Count XV:    Loss of Consortium

7  ☐     Count XVI:   Wrongful Death

8  ☐     Count XVII:  Survival

9  X     Punitive Damages

10 X     Other(s): <u>All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following:</u> (please state the facts supporting this Count in the space immediately below)

<u>On or about January 24, 2014, plaintiff underwent removal attempt of the Bard G2 IVC Filter after causing severe right flank pain. Filter fractured and embolized to her right renal vein with another strut extending in the upward position. However, her explanting physician missed two other struts of the filter that fractured. Consequently, both of these filter fragments migrated to plaintiff's heart on or about August 6, 2014 and lodged into the medial/septal wall of the right ventricle.</u>

**JURY DEMAND**

Plaintiff demands a Trial By Jury.

-4-

RESPECTFULLY SUBMITTED this 28th day of December, 2015.

**KARON & DALIMONTE LLP**

By:*/s/ John A. Dalimonte*
John A. Dalimonte (MA Bar No. 554554)
(admitted *pro hac vice*)
Karon & Dalimonte LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Email: johndalimonte@kdlaw.net
Tel: (617) 367-3311
Tel: (617) 742-9130

**TORISEVA LAW**

Teresa C. Toriseva (WV Bar No. 6947)
(admitted *pro hac vice*)
1446 National Road
Wheeling, WV 26003
Email: ceo@torisevalaw.com
Tel:  (304) 238-0066
Fax:  (304) 238-0149

*Attorneys for Plaintiffs*

I hereby certify that on this 28th day of December, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/  John A. Dalimonte*
John A. Dalimonte