# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| NANNETTE SMITH, <br><br> Plaintiff, <br><br> v. <br><br> C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., <br><br> Defendants. | Case No. 2:20-CV-082-Z |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Nannette Smith and Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., hereby notify the Court that they have reached an agreement in principle that will resolve Plaintiff's claims in this lawsuit. The Parties are also filing a Joint Motion to Stay Case, concurrently herewith.

DATED this 20th day of November 2020.

| | |
|---|---|
| */s/ Ben C. Martin* <br> Ben C. Martin <br> Texas Bar No. 13052400 <br> BMartin@martinbaughman.com <br> Kristi Wood <br> Texas Bar No. 24076784 <br> kwood@martinbaughman.com <br> **MARTIN BAUGHMAN LLP** <br> 3710 Rawlins Street, Suite 1230 <br> Dallas, Texas 75219 <br> (214)-761-6614 Phone <br> (214) 744-7590 Fax <br><br> Paul Stoller <br> Arizona Bar No. 016773 <br> paul@drlawllp.com <br> Ashley Crowell | */s/ Brandee J. Kowalzyk* <br> Brandee J. Kowalzyk <br> Georgia Bar No. 142328 <br> Brandee.kowalzyk@nelsonmullins.com <br> Taylor Tapley Daly <br> Georgia Bar No. 697887 <br> Taylor.Daly@nelsonmullins.com <br> **NELSON MULLINS RILEY & SCARBOROUGH LLP** <br> Atlanta Station <br> 201 17th Street NW, Suite 1700 <br> Atlanta, GA 30363 <br> (404) 322-6249 Phone <br> (404) 322-6050 Fax <br><br> Melissa Dorman Matthews <br> Texas Bar No. 00790603 |

| | |
|---|---|
| Arizona Bar No. 027286 | Jordan E. Jarreau |
| ashley@drlawllp.com | Texas Bar No. 24110049 |
| **DALIMONTE RUEB STOLLER, LLP** | **HARTLINE BARGER LLP** |
| 2425 E. Camelback Road, Suite 500 | 8750 N. Central Expy., Suite 1600 |
| Phoenix, AZ 85016 | Dallas, Texas 75231 |
| (602) 888-2807 Phone | (214)-369-2100 Phone |
| (855) 205-2053 Fax | (214) 267-4271 Direct Fax |
| | mmathews@hartlinebarger.com |
| *Attorneys for Plaintiff* | jjarreau@hartlinebarger.com |
| | |
| | *Attorneys for Defendants C. R. Bard, Inc.* |
| | *and Bard Peripheral Vascular, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Ben C. Martin*